FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

VICTORIA SNYDER v. DEPARTMENT OF THE NAVY

No. 16-1940-CB

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: VICTORIA SNYDER

Name of party

I am, or the party I represent is (select one):

- ☒ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☐ Cross Appellant
- ☐ Appellant
- ☐ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant
- ☐ Respondent or appellee

| Field | Value |
|---|---|
| Name: | Michael D. Graham |
| Law Firm: | |
| Address: | 508 Leonard Road |
| City, State and Zip: | Fredericksburg, VA 22405 |
| Telephone: | (540) 899-5771 |
| Fax #: | |
| E-mail address: | mdgraham7@gmail.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Pending

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 9, 2016    Signature of pro se or counsel /s/ Michael D. Graham

cc: Director, Commercial Litigation Branch, DOJ

Reset Fields